# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROY MURPHY RUTLEDGE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **Case No. 2:09-cv-00103-RDP-HGD** |
| **WARDEN DAVID WISE and** ) | |
| **THE ATTORNEY GENERAL** ) | |
| **OF THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## FINAL JUDGMENT

On August 5, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On August 12, 2009, Petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and Petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED**.

**DONE** and **ORDERED** this ___24th___ day of August, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE